■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAYVON UNDERDUE, Appellant. [968 NYS2d 921]—Appeal from a judgment of the Onondaga County Court (Anthony F. Aloi, J.), rendered January 25, 2010. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Peradotto, Lindley, Sconiers and Whalen, JJ.